# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **OADIS WHITE,** | ) | Civil Action No. 7:11-cv-00356 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **BRISTOL CITY JAIL KITCHEN,** | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that White's request to proceed in forma pauperis is **GRANTED**; this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the plaintiff.

**ENTER**: This 30th day of July, 2011.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE